IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LEISA NETTLES**                                                                                          **PLAINTIFF**

v.                              Case No. 3:15-cv-00123-KGB

**HYTROL CONVEYOR COMPANY, INC.**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court grants defendant Hytrol Conveyer Company, Inc.'s motion for summary judgment (Dkt. No. 17). Plaintiff Leisa Nettles' claims are dismissed with prejudice.

So adjudged this 9th day of September, 2016.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge